AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )    Case No.  1:25-mj-X-01-AJ |
| Information Associated with Particular Cellular Towers | ) |
| | ) |
| | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____Illinois_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-6.  This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-6.

**YOU ARE COMMANDED** to execute this warrant on or before _____January 22, 2025_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable Andrea K. Johnstone, Magistrate Judge____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      5:58 PM, Jan 8, 2025

_Andrea K. Johnstone_
*Judge's signature*

City and state:    Concord, New Hampshire

Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:25-mj-X-01-AJ | Date and time warrant executed:<br>January 15, 2025 5:17 PM | Copy of warrant and inventory left with:<br>AT&T LE Portal |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

Digital file from downloaded on 01/15/2025 AT&T Case Number: GLDC FILE NUMBER: 4243921

.                    .                    .                    .                    .

| **Certification** |
|---|

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/16/2025

_T. Hoover_ Digitally signed by
TIMOTHY HOOVER
Date: 2025.01.16
13:46:35 -05'00'

*Executing officer's signature*

Timothy Hoover, Special Ag

*Printed name and title*